FILED

11/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0619

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0619

_____

JAMES MARION DEL DUCA,

     Plaintiff and Appellant,

    v.

ARIA SKYDANCER, (f/k/a Kristin Marie Del Duca),

     Defendant and Appellee.

_____

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is grant an extension to and including January 12, 2025, to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 18 2024